OPERATING SYSTEMS SOLUTIONS, LLC, Plaintiff–Appellant,

v.

APPLE INC., Defendant–Appellee.

No. 2013–1487.

United States Court of Appeals, Federal Circuit.

March 18, 2014.

Bryan Guy Harrison, Morris, Manning & Martin, LLP, of Atlanta, GA, argued for plaintiff-appellant. With him on the brief was Jeffrey Thomas Breloski.

Deanne E. Maynard, Morrison & Foerster LLP, of Washington, DC, argued for defendant-appellee. With her on the brief were Brian R. Matsui, and Natalie R. Ram. Of counsel on the brief were James R. Batchelder, Ropes & Gray, LLP, of East Palo Alto, CA, and Ching–Lee Fukuda and Kevin J. Post, of New York, New York. Of counsel was Douglas Hallward–Driemeier, of Morrison & Foerster, LLP, of Washington, DC.

NEWMAN, O'MALLEY, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**